UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON MCWASHINGTON,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH P. RODGERS II, BRIAN G. CURTIS, NOE GARZA, MELISSA A. HINOJOSA, KHALID H. KHALID, JOSUE D. RUIZ, MANUEL A. SALAZAR, WARNER A. SOLIS, and RODOLFO A. TREVINO JR.<br><br>Defendants. | Case No. 4:24-cv-02153<br><br>**JURY DEMAND** |

**[PROPOSED] ORDER DENYING**
**DEFENDANTS' MOTION TO DISMISS (DOC. 10)**

This matter is before the Court on Defendants Curtis, Garza, Hinojosa, Khalid, Ruiz, Salazar, Solis and Trevino Jr.'s Motion to Dismiss Plaintiff Brandon McWashington's Amended Complaint. The Court finds as follows:

1. Plaintiff Brandon McWashington has plausibly alleged that Defendants violated his Fourth Amendment right to be free of unconstitutionally excessive force by brandishing their lethal weapons at him and by failing to intervene or protect him from a gratuitous and unjustifiable attack by an HPD K9.

2. Qualified immunity does not shield Defendants from liability because Defendants violated clearly established law when they violated Mr. McWashington's Fourth Amendment rights.

3. Mr. McWashington timely brought this case within the two-year statute of limitations.

4. The Texas Tort Claims Act does not apply to Mr. McWashington's claims, as he brings solely federal constitutional torts under 28 U.S.C. § 1983.

5. The Court may not consider the body-worn camera footage that Defendants appended to their motion to dismiss, because it is not referenced in Mr. McWashington's complaint. And the Court may not consider Mr. McWashington's criminal convictions because they are not relevant to the instant motion.

It is therefore **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Doc. 10) is hereby **DENIED**.

_____
Judge Andrew S. Hanen
United States District Court Judge