# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRANDON MCWASHINGTON,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH P. RODGERS II, BRIAN G. CURTIS, NOE GARZA, MELISSA A. HINOJOSA, KHALID H. KHALID, JOSUE D. RUIZ, MANUEL A. SALAZAR, WARNER A. SOLIS, and RODOLFO A. TREVINO JR.<br><br>Defendants. | Case No. 4:24-cv-02153 |

## MOTION TO WITHDRAW ATTORNEY BINA AHMAD AS COUNSEL FOR PLAINTIFF

Under Local Rule 83.2, undersigned counsel requests to withdraw Bina Ahmad as counsel for Plaintiff in this matter. Ms. Ahmad left the law firm of Civil Rights Corps and is unable to continue representing Plaintiff. Plaintiff will continue to be represented by Brittany Francis and Destiny Planter at Civil Rights Corps, as well as by Nii Ollennu (attorney-in-charge) of the NO Law Firm. No party will be prejudiced as a result of the withdrawal of counsel.

Dated: April 16, 2025

Respectfully submitted,

*/s/ Brittany Francis*
Brittany Francis
brittany@civilrightscorps.org
SDTX Bar No: 3837908
TX Bar No. 24141616

Destiny Planter
destiny@civilrightscorps.org*
Civil Rights Corps

1601 Connecticut Ave., NW,
Suite 800
Washington, DC 20009
Telephone: (202) 894-6120

Nii Amaa Ollennu†
Texas Bar No. 24098205
S.D. Tex. Bar No. 3884094*
nii@naolawfirm.com
NO Law Firm, PLLC
1216 N. Central Expy, Suite 208
McKinney, TX 75070
Telephone: (469) 620-0333

* *pro hac vice* application pending
† Attorney-in-Charge

*Attorneys for Plaintiff*
*Brandon McWashington*

## Certificate of Service

I certify that on April 16, 2025, a true and correct copy of this document was properly served on counsel of record via electronic filing in accordance with the United States District Court for the Southern District of Texas Procedures for Electronic Filing.

*/s/ Brittany Francis*
Brittany Francis