

June 10, 2025

Hon. Andrew S. Hanen
United States Courthouse
515 Rusk Street, Room 9110
Houston, TX  77002

*Via ECF Filing*

                **Re: Brandon McWashington v. Rodgers, et al. | 4:24-cv-02153,**
                *Plaintiff's Motion to Extend Time for Service of Complaint on*
                *Defendants Trevino and Rodgers and for Alternative Service*

Dear Judge Hanen,

I hope this letter finds you well. My name is Destiny Planter and I am one of the attorneys representing Mr. Brandon McWashington in Case No. 4:24-cv-02153 against nine Defendant police officers.

On January 3, 2025, Plaintiff moved to extend the time for service on Defendants Rodolfo and Trevino and to effectuate service through alternative methods—through email (Doc. 38). Plaintiff is fully aware of Your Honor's heavy docket and would not reach out to Chambers unnecessarily; however, Plaintiff would like to draw the Court's attention to the Motion, because all other Defendants in the case have been served, the Court has already ruled on their Motions to Dismiss, and they recently filed Answers.

If possible, Plaintiff respectfully requests a ruling on Doc. 38 so that all Defendants can soon be at the same stage of litigation in the case. Additionally, by filing this letter on the Court's docket, Plaintiff has notified counsel of record in accordance with the local rules of the United States District Court for the Southern District of Texas.

Best,

Destiny Planter

**Destiny Z. Planter**
Civil Rights Attorney