United States District Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A.B., an individual, et al., | § |
| | § |
| *Plaintiffs*, | § |
| v. | §  CIVIL ACTION NO. 4:20-cv-1254 |
| | § |
| SALESFORCE, INC., | § |
| | § |
| *Defendant*. | § |

## SCHEDULING ORDER

1. Trial: ☐ Bench  **X** Jury

2. New parties must be joined by: August 1, 2025
   *Furnish a copy of this scheduling order to new parties.*

3. The parties will complete mediation, if any, by: November 21, 2025

4. The plaintiff's experts will be named with a report furnished by: December 19, 2025

5. The defendant's experts must be named with a report furnished by: February 13, 2026

6. Rebuttal expert designations must be made within: 30 days after disclosure made by the other party

7. Expert Objections/*Daubert* Motions: June 19, 2026

8. Fact Discovery must be completed by: March 13, 2026
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted post-deadline discovery.*

9. Expert Discovery must be completed by: June 12, 2026

10. Dispositive Motions will be filed by: April 10, 2026

11. Non-Dispositive Motions will be filed by: July 10, 2026

12. Joint pretrial order is due: October 7, 2026
    *The plaintiff is responsible for filing the pretrial order on time.*

13. Final Pretrial Conference is set for **1:30 p.m.** on:   October 16, 2026

14. Trial is set for **9:00 a.m.** on:   November 2, 2026

The case will remain on standby until tried.

Signed on this the 12th day of June, 2025.

Andrew S. Hanen
United States District Judge